```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 08386
   MARVIA J YISRAEL
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-1551

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/04/2004 and was confirmed 07/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 04/28/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
GMAC MORTGAGE              CURRENT MORTG   93561.32            .00      93561.32
GMAC MORTGAGE              MORTGAGE ARRE   40215.53            .00      40215.53
COMMONWEALTH EDISON        UNSEC W/INTER    3224.00         643.32       3224.00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER        .00            .00           .00
LEHMAN & FOX               DEBTOR ATTY     2,200.00                     2,200.00
TOM VAUGHN                 TRUSTEE                                      8,140.01
DEBTOR REFUND              REFUND                                       1,014.17

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             148,998.35

PRIORITY                                         .00
SECURED                                   133,776.85
UNSECURED                                   3,224.00
    INTEREST                                  643.32
ADMINISTRATIVE                              2,200.00
TRUSTEE COMPENSATION                        8,140.01
DEBTOR REFUND                               1,014.17
                    --------------       --------------
TOTALS              148,998.35            148,998.35
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 08386 MARVIA J YISRAEL

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE